JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

*E-FILED - 6/30/10*

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 93-20134 |
|    Plaintiff | **UNITED STATES MOTION TO DISMISS THE INDICTMENT** |
|    v. | Date: N/A |
| KIRBY JOHN SHIELDS, | Time: N/A |
|    Defendant | Court: Honorable Ronald M. Whyte |

     COMES NOW THE UNITED STATES OF AMERICA, plaintiff herein, represented by Assistant United States Attorney Gary G. Fry, and, pursuant to Fed. R.Crim. P. 48(a), files its motion to dismiss the indictment in the above captioned matter.

     On May 13, 1993, a grand jury indicted 23 defendants in a related case, <u>United States v. James Blanco,</u> <u>et</u> <u>al</u>, CR 93-20042. Defendant Kirby Shields was <u>not</u> named in the indictment.

     About seven months later, on December 8, 1993, a grand jury indicted this matter, *i.e.* 93-20134, charging Mr. Shields with various drug offenses. About a month later, this court ordered the two cases related.

     Approximately two years later, On August 17, 1995, a grand jury superceded the original indictment, *i.e.*, 93-20042, by, among other things, adding Kirby shields. The charges against Mr. Shields were based on the same conduct that had been alleged in 93-20134.

1  On November 5, 1996, a jury convicted Mr. Shields in CR 93-20042. The defendant was
2  sentenced on June 16, 1997. But the instant case, *i.e.*, 93-20134 was never dismissed.
3  Accordingly, the United States moves to dismiss the indictment.

4
5  Date: June 7, 2010                              Respectfully submitted,
6                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
7
8                                                            /s/
                                                   _____
9                                                  GARY G. FRY
                                                   Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             SAN JOSE DIVISION
13
14  UNITED STATES OF AMERICA,      )    No. CR 93-20134
                                   )
15         Plaintiff                )
                                   )
16             v.                   )    **ORDER DISMISSING INDICTMENT**
                                   )
17  KIRBY JOHN SHIELDS ,            )
                                   )
18         Defendant                )
                                   )
19

20      On motion of the United States, and for good cause shown, the court ORDERS that the
21  indictment in the above captioned case is DISMISSED.
22      IT IS SO ORDERED.
23
24  Dated:  6/30/10
                                        *Ronald M. Whyte*
25                                      HONORABLE RONALD M. WHYTE
                                        United States District Court Judge
26
27
28